ON REMAND FROM THE FLORIDA SUPREME COURT
 

 GROSS, C.J.
 

 After the supreme court granted review based upon our reliance on
 
 Yisrael v. State,
 
 938 So.2d 546 (Fla. 4th DCA 2006),
 
 disapproved in part,
 
 993 So.2d 952 (Fla. 2008), it granted the petition, quashing our decision and remanding for reconsideration upon application of its decision in
 
 Yis-rael.
 
 That decision involved whether documents submitted by the Department of Corrections to establish a prisoner’s release date from prison were admissible as exceptions to the hearsay rule. In quashing the opinion of this court, the supreme court noted that it did not have the full appellate record and could not determine for itself whether the documents submitted during Vittorio’s sentencing complied with
 
 Yisrael.
 

 We have examined the record. The affidavit of the DOC official and attached report, which the state introduced as evidence of Vittorio’s prison release date, comply with
 
 Yisrael.
 
 We therefore affirm.
 

 WARNER and DAMOORGIAN, JJ., concur.